858

No. 75, Misc. DESSAUER v. CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Edmund G. Brown,* Attorney General of California, *Frank W. Richards* and *Stanford D. Herlick* for respondent.

No. 76, Misc. KIRKLAND v. HIATT, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Acting Solicitor General Stern, Assistant Attorney General Murray, Beatrice Rosenberg* and *Edward S. Szukelewicz* for respondent.

No. 105, Misc. JACKSON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William E. Owen* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Murray* and *Beatrice Rosenberg* for the United States.

No. 111, Misc. NIEMOTH v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 112, Misc. ELLIOTT v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 113, Misc. WAGNER v. ILLINOIS ET AL. Supreme Court of Illinois. Certiorari denied.

No. 119, Misc. BROUSSARD v. CRANOR, SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 120, Misc. JOHNSON v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.